******************************************************

The "officially released" date that appears near the beginning of an opinion is the date the opinion will be published in the Connecticut Law Journal or the date it is released as a slip opinion. The operative date for the beginning of all time periods for the filing of postopinion motions and petitions for certification is the "officially released" date appearing in the opinion.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports. In the event of discrepancies between the advance release version of an opinion and the version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest version is to be considered authoritative.

The syllabus and procedural history accompanying an opinion that appear in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced or distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.

******************************************************

## APPENDIX

| Project ID | Asset Description | Sum of Amount | Water System | Reference and Other Details | Type of Project | Project Purpose |
|---|---|---|---|---|---|---|
| XC211-2020-065-A02<br>XC211-2020-065-D03<br>XC211-2020-065-E04-331<br>XC211-2020-065-E04-332<br>XC211-2020-065-E04-91H | Trap Falls Hypo/Alum Chemical Feed and Storage | $29,679<br>$156,831<br>$175,909<br>$1,403,030<br>$15,998 | Main in Shelton | NA | Chemical Feed Improvements to Trap Falls Water Treatment Plant | Water Treatment Chemical Storage and Feed Improvements |
| XR210-2022-021-91H-002 | Core Switch Upgrades | $1,170,662 | All | NA | Network Switch IT Replacements–IT | Existing Equipment is at [E]nd of Useful Life |
| XC-211-2021-024-A02<br>XC-211-2021-024-E04-91S | HHXM SuccessFactors Employee Central and Payroll | $409,289<br>$1,689,775 | All | NA | Human Resource Employee Management and Payroll Upgrades | Improvements to Existing Process and Standardize Process |